## CHARLES RAITH

*vs.*

## JOHN HOLT RICHARDSON, Trustee.

*Order for Resale.*

An order for a resale, at the purchaser's risk, of property sold under a mortgage, *held* improperly passed pending an appeal wherein the validity of the sale was attacked in good faith.

*Decided May 14th, 1921.*

Appeal from the Circuit Court of Baltimore City (Stanton, J.).

The cause was argued before Boyd, C. J., Briscoe, Thomas, Pattison, Urner, Adkins, and Offutt, JJ.

*Edwin T. Dickerson* and *J. Calvin Carney*, submitting on brief, for the appellant.

*George Washington Williams*, for the appellee.

Pattison, J., delivered the opinion of the Court, reversing the order appealed from, with costs to the appellant.